**FILED**

SEP 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUELO JORDAN,<br>2227 First Street, N.W.<br>Washington, D.C. 20001,<br><br>        Plaintiff,<br><br>        vs.<br><br>PAUL QUANDER, Director,<br>Court Services and Offender Supervision<br>Agency for the District of Columbia,<br><br>And<br><br>DEPARTMENT OF MOTOR VEHICLES<br>ADJUDICATION SERVICES,<br>P.O. Box 37135<br>Washington, D.C. 20003,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>) CASE NUMBER 1:05CV01883<br>)<br>) JUDGE: Ricardo M. Urbina<br>)<br>) DECK TYPE: Personal Injury/Malpractice<br>)<br>) DATE STAMP: 09/23/2005<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant Paul Quander, in his official capacity as the director of a federal agency, by his undersigned counsel, respectfully notifies the Court as follows:

1. Defendant Paul Quander, the Director of the Court Services and Offender Supervision Agency for the District of Columbia, is named as a defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Action No. 05-0005468, entitled <u>Consuelo Jordan v. Paul Quander, et al.</u> It appears that this lawsuit is against Mr. Quander in his official capacity. In any event, he has not been served in his personal capacity, and proper service has not been made on the United States Attorney's Office for the District of Columbia. The case has not yet proceeded to trial.

2. A summons and the complaint in this action was received by the Court Services and Offender Supervision Agency on July 21, 2005. A copy of this material is attached hereto as Exhibit A. The nature of the action against Mr. Quander is unclear except that it appears that it sounds in the tort of slander.

3. On the basis of the Complaint and the fact that the plaintiff is a former employee of the Court Services and Offender Supervision, R. Craig Lawrence, Acting Chief of the Civil Division, United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Mr. Quander was acting within the scope of his office at the time of the alleged incidents. *See* Exhibit B hereto; 28 C.F.R. § 15.4. This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States shall now, as a matter of law and without order of the Court, be substituted for Mr. Quander as the sole defendant in this action. In addition, the certification means that this action "shall be removed" to District Court, pursuant to 28 U.S.C. § 2679(d)(2).

3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446, and 2679(d)(2), since plaintiff's action is one over which the District Court has original jurisdiction, in that a defendant is an officer of the United States of America acting within the scope of his employment.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is removed therefrom to this Court.

Respectfully submitted,

/s/ KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

2

R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CONSUELO JORDAN
Vs.
PAUL QUANDER

C.A. No.   2005 CA 005468 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case is assigned to the judge designated below. All future filings in this case shall bear the name of the judge currently assigned to the case beneath the case number in the caption. Upon the filing of any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MICHAEL L RANKIN
Date:   7-15-05
Initial Conference: 9:30 am, Friday, October 21, 2005
Location: Courtroom 519
        500 Indiana Avenue N.W.
        WASHINGTON, DC 20001

05 1883



FILED
SEP 2 3 ?
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT A

Caio-60.doc

CA Form 1

# Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

05-0005468

Consuelo Jordan
[address]
WDC 20001                    *Plaintiff*

vs.                                                        Civil Action No. _____

Paul Quander
633 Indiana
Hwy NW
WDC 20001                    *Defendant*

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_____
Name of Plaintiff's Attorney

222 1st St, NW
Address
W DC 20001

(202) 232-5064
Telephone

*Clerk of the Court*

By _____
    Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Consuelo Jordan  
2227 1st St NW  
WDC 20001

*Plaintiff*

vs.

Paul Quander  
Department of Motor Vehicles  
Adjudication Services  
P.O. Box 37135  
Washington, DC 20003

*Defendants*

Civil Action No. 05-0005468

FILED
CIVIL ACTIONS BRANCH
JUL 1 5 2005
Superior Court
of the District of Columbia
Washington, D.C.

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

I would like to sue because of negativity of slandering my name for educational community counseling and so forth from receiving tickets on my car and harassment in the community and employment with Court Services.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ I would be consulting a lawyer with interest and costs.

Phone: (202) 232-5004

DISTRICT OF COLUMBIA, ss

Consuelo Jordan, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

(Plaintiff/Agent)

Subscribed and sworn to before me this 15th day of July, 2005.

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00



I would like to sue because of the negativity of lying: slandering my education, Community counseling and so forth from receiving tickets on my car and harassment in the community:

NO OTHER STUDENT WAS IN THE SCHOOL COMMITTING TO TEACHING NOR EDUCATION BUT MY WORK WAS GIVING CREDENTIALS TO MANY IN THE COMMUNITY

Recent appearances of cases on Paul Quander for harassment/discrimination/ and assault for the following: The girl was wrongfully combining information for kids values and personalities to be mixed-up; and because she took more than five years to cheer; and she learned personalities to cheat for advancement. The girl was fighting because I had more in advancement, however she was trying to changed the picture from the girl being recognized of stealing, cheating and sitting and claiming other people's work to be at the school.

Discrimination and assaults were in the school from having professional and playing college basketball and brother and trophies and community and degrees and education: Assaults and threats took place in the vicinity: However, it was a lot of things that was done in between of the cheerleading to block and offended me from my education for being at the school because of the addictions of the girl for not winning competitions, according to the girl. She was slandering my name from cheerleading and education; she denied George Washington education and also she had refused to compete from teaching and dancing and being at the school and at the age of eight because of my recognition and community and credit from the elementary school that I attended for having a trophy; and due to me having more in the school; Other affiliations done at the school and teaching and community and recognition which was already claimed at the age of eight for me to receive for my credit for teaching/community/cheerleading/basketball and so forth.

For the following reasons: The girl mother was never at the school; She was claiming everything my mother done in education; The school was able to sneaked kids in the school without my notice to claim my stuff and identify that they were fighting for me; However, I never saw the kids fighting me on the team with my trophy. The Jordan's were the only family in the school to pursue college and education and trophies in teaching / community / trophies / 70's / degrees/ and so forth. The lady was very jealous and fighting for being at the school to block kids from the school and employment without notice; The girl did a lot of negativity lying on kids that was able to bring more in the school; however the girl was not supposed to used nobody information. My cheerleading was copied and trophies were given for my work. The lady tried to change the education in the school because of kids was fighting to cheer and cheating to have education for the elementary school. The coach had lied about the trophies and he had changed the appearance of the trophies to offend me because of me winning competitions and having a trophy and more. It was done to offend me because the girl was not known in cheerleading. The girl was very unprofessional because she did not compete and she was doing a lot of obsessive cheating to claim my stuff in the school. The lady tried to harass me in the school/community because she had to retry out to cheer. Attached are misleading information of trophies that was given from competitions and for receiving community and teaching credit.

"The girl had problems with light skin complexion kids at the school and being picked to cheer; Due to her retrying out for the team and for the reason of her not being picked to cheer. Because of light skin complexion girls was picked on the team to cheer; however, it was no competitions."

education, groups/affiliations; club and community and so forth for kids to receive trophies from 1977-1984. Therefore I would like to sue for me being unaware of kids waiting for me at the school to receive my credit. However, the girl had disabilities and "addictions" parents drug abuse, they were coping me from the beginning to the end and fighting and cheering because of me wearing expensive clothing's....according to the kids; and because of the girl did not look like a cheerleader; and she was claiming my belongings and she was doing a lot of negativity lying and cheating and she had problems from me receiving a trophy; She was lying from addictions and (burning heads) and because of me showing talent with education and having a trophy; the coach being aware of the addictions of the girl family; She was claiming things that was not there and things that she could not do and was fighting kids because of being picked to competed. The Coach was covering-up for her disabilities and noticeable lying about other children that was able to perform. The coach tried to give out more trophies to offend me because she did not make the team and she wasn't picked. He changed all the trophies to give out to other students due to me cheering at the school (The girl was copying my clothes, hair styles, and dresses, and cheating to receive my credit). The Coaches (female/male). He lied about the awards and he didn't give me one of the trophies because of what I came in the school with for receiving awards for my talent and education and teaching and community and so forth....etc. He was hiding it because of winning and stopping me from competitions and winning and jealousy

...because I had more to offer in the school; and to receive a trophy for teaching cheerleading/teaching/community/education/ and so forth; from being at the school and being picked for cheerleading because I already had a trophy because I won. Due to the fact of the trophies were already given.



COMPLIANCE ADMINISTRATION



CONSUELO JORDAN  
2227 1ST ST NW  
WASHINGTON                         DC 200011015          07/07/05

DCAI5403

DEAR SIR/MADAM:


TO CONTEST A PARKING TICKET, MAIL YOUR WRITTEN STATEMENT TO:

   THE D.C. DEPARTMENT OF MOTOR VEHICLES  
   ADJUDICATION SERVICES  
   ATTENTION: HEARING EXAMINER  
   P.O. BOX 37135  
   WASHINGTON, D.C. 20013

BE SURE TO INCLUDE THE TICKET NUMBER, YOUR NAME AND ADDRESS, AND DOCUMENTS OR PHOTOGRAPHS THAT SUPPORT YOUR STATEMENTS. A PENALTY EQUAL TO THE FINE AMOUNT WILL BE ADDED IF A TICKET IS NOT ANSWERED WITHIN 30 CALENDAR DAYS. A REQUEST FOR A HEARING MUST BE RECEIVED WITHIN SIXTY (60) CALENDAR DAYS OF THE DATE A TICKET IS ISSUED.

TO CONTEST A PARKING TICKET IN PERSON, COME TO:

   ADJUDICATION SERVICES  
   65 K STREET, N.E.  
   WASHINGTON, D.C.

WALK-IN HEARINGS ARE HELD MONDAY THROUGH FRIDAY, FROM 8:30 A.M. TO 4:00 P.M.

                                    SINCERELY,

                                    ADJUDICATION SERVICES

| TICKET #  | DATE     | AMOUNT | VIOLATION DESCRIPTION |
|-----------|----------|--------|------------------------|
| 325306660 | 05/31/05 | $60    | DISOBYNG OFFICL SIGN   |

DATE  07/07/05  65 K Street NE Washington, DC, 20002 4216 (202) 727-5000  $60

| PLATE NUMBER | MAIL DATE | STATE | AMOUNT DUE |
|---|---|---|---|
| AI5403 | 07/11/05 | DC | $60 |

Our records show that you failed to answer, within 30 days of the date(s) of issuance, the following notice(s) of infraction issued to your vehicle in the District of Columbia. A penalty equal to the amount of the original fine was added to each ticket and is reported in the total amount due. If you fail to answer a notice of infraction within 60 days of the date it was issued, by either paying the full amount shown, by appearing for an in-person hearing, or by requesting mail adjudication, you are deemed to have admitted the commission of the infraction and a $5 default fee is added to the fine. This notice does not stop enforcement activity and your vehicle may be immobilized or impounded if two or more unpaid tickets are on your record.

Under District of Columbia law and the laws of most states, the registered owner of a vehicle is responsible for a citation issued to his/her vehicle even if the owner was not the operator at the time the citation was issued.

If you wish to admit liability for the ticket(s), please send your check or money order payable to the D.C. Treasurer. DO NOT SEND CASH. Write the ticket number(s), your plate number and state on your check or money order. Return the bottom portion of this notice with your payment. Returned checks are subject to electronic redeposit for the face amount and a returned check fee of $65. You may also remit payment by credit card via the internet at dmv.washingtondc.gov or by telephone at (202) 756-5835.

| TICKET NO./MAKE | DATE/TIME | VIOLATION | LOCATION | FINE | PENALTY | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 325306660  TOYT | 05/31/05 9:59AM | DISOBYNG OFFICL SIGN | 2200 BLOCK 1ST ST NW WEST SIDE | $30.00 | $30.00 | $60.00 |

If you have paid, requested mail adjudication, or scheduled a hearing, please disregard this notice.

**TOTAL AMOUNT DUE ➤**   $60

09-01    DC-PK1-2-

*Please detach and return the bottom portion of this notice with your payment*



☐ Check here if any information has changed and provide new information.

**AMOUNT DUE**

$60

| TICKET NUMBER(S) | PLATE NUMBER | MAIL DATE | STATE |
|---|---|---|---|
| 325306660 | AI5403 | 07/11/05 | DC |

CONSUELO JORDAN
2227 1ST ST NW
WASHINGTON, DC  20001-1015

Remit to:
DEPARTMENT OF MOTOR VEHICLES
ADJUDICATION SERVICES
P. O. BOX 37135
WASHINGTON, D. C. 20013-7135



0105192000059500160006000325306b

# OVERDUE NOTICE

MAIL DATE: 06/27/05
AMOUNT DUE: $30

MAKE: TOYT
STATE: DC
PLATE NUMBER: AI5403

A decision was entered by a hearing examiner regarding the ticket(s) that appear below. Your payment is now overdue. You may be subject to enforcement action until you pay the total amount due listed below. These actions include, but are not limited to:

- Impoundment of your vehicle (if there are two or more outstanding tickets) and assessment of associated fees.
- Denial of annual DMV Renewal (if your vehicle is registered in the District of Columbia).
- Refferal of your delinquent account to a national credit bureau which may affect your credit rating.

| TICKET NO. | DATE/TIME | VIOLATION/LOCATION | FINE | PENALTY | AMOUNT PAID | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 332335614 | 03/28/05 10:03AM | DISOBYNG OFFICL SIGN/2200 BLOCK 1ST ST NW EAST SIDE | $30.00 | | | $30.00 |

A return envelope is provided for your convenience. Please write ticket number(s) on your check. Make check payable to D.C. Treasurer.

**TOTAL AMOUNT DUE ➡** $30

09-11  Dunning-11-504

Our records show that the appeal period for the ticket(s) has expired. District of Columbia law allows for an appeal within 15 calendar days of an in-person decision or within 18 days from the date of mailing of the decision. Any appeal filed in person or postmarked after the applicable time period will not be considered.

To satisfy this account, mail the lower portion of this letter with your check or money order, payable to the DC Treasurer, to PO Box 37135, Washington DC 20013-7135. Write your vehicle plate number, if applicable and driver's permit number on the check or money order. **DO NOT SEND CASH.** You also may pay your unpaid ticket(s) by calling (202) 289-2230 or through the Internet at www.dmv.dc.gov. Accepted credit cards include Visa, Master Card and Discover.

*Please detach and return the bottom portion of this notice with your payment*



☐ Check here if any information has changed and provide new information

**AMOUNT DUE**

$30

| TICKET NUMBER(S) | PLATE NUMBER | MAIL DATE |
|---|---|---|
| 332335614 | AI5403 | 06/27/05 |

CONSUELO JORDAN
2227 1ST ST NW
WASHINGTON, DC 20001-1015

Remit to:
DEPARTMENT OF MOTOR VEHICLES
ADJUDICATION SERVICES
P O BOX 37135
WASHINGTON, D. C. 20013-7135

110517800001420011000300033235614

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSUELO JORDAN,                        )
2227 First Street, N.W.                 )
Washington, D.C. 20001,                 )
                                        )
            Plaintiff,                  )
                                        )
    vs.                                 )  Civil Action No. _____
                                        )
PAUL QUANDER, Director,                 )
Court Services and Offender Supervision )
Agency for the District of Columbia,    )
                                        )
And                                     )
                                        )
DEPARTMENT OF MOTOR VEHICLES            )
ADJUDICATION SERVICES,                  )
P.O. Box 37135                          )
Washington, D.C. 20003,                 )
                                        )
            Defendants.                 )
_____)

## CERTIFICATION

I, R. Craig Lawrence, Acting Chief of the Civil Division, Office of the United States

Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d),

and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and

first redelegated to me on June 7, 2004, hereby certify that I have read the complaint in <u>Consuelo

Jordan v. Paul Quander</u>, Civil Action No. 05-0005468 (Superior Court of the District of

Columbia) and that, to the extent that the allegations are intelligible and to the extent that they

relate to Mr. Quander, it appears to be an action under the tort of slander relating to Mr.

Quander's service as Director of the Court Services and Offender Supervision Agency for the

District of Columbia, a federal agency. I find that defendant Paul Quander, a federal employee,

FILED
SEP 2 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1883



was acting within the scope of his employment as an employee of the United States at the time of the alleged incidents.

Date: September 22, 2005

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney
Chief, Civil Division

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CONSUELO JORDAN, )
2227 First Street, N.W. )
Washington, D.C. 20001, )
 )
 )
        Plaintiff, )
 )
vs. )   Civil Action No. 05-005468 B
 )
PAUL QUANDER, Director, )
Court Services and Offender Supervision )
Agency for the District of Columbia, )
 )
And )
 )
DEPARTMENT OF MOTOR VEHICLES )
ADJUDICATION SERVICES, )
P.O. Box 37135 )
Washington, D.C. 20003, )
 )
        Defendants. )

NOTICE OF FILING OF NOTICE
OF REMOVAL OF A CIVIL ACTION

TO: CONSUELO JORDAN
     2227 First Street, N.W.
     Washington, D.C. 20001

PLEASE TAKE NOTICE that on September 23, 2005, defendant Paul Quander, the Director of the Court Services and Offender Supervision Agency for the District of Columbia, filed with the Clerk of the United States District Court for the District of Columbia and with the Clerk of the District of Columbia Superior Court a Notice of Removal of the above-entitled action. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. §

1446(d).

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice Of Removal Of A Civil Action to be served by first class mail, postage prepaid, this 23rd day of September, 2005, on:

> Consuelo Jordan
> 2227 First Street, N.W.
> Washington, D.C. 20001
>
> Department of Motor Vehicles
> Adjudication Services
> P.O. Box 37135
> Washington, D.C. 20003

Fred E. Haynes, D.C. Bar # 165654
Assistant United States Attorney
55 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201