UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUELO JORDAN,            ) | |
| )| |
| Plaintiff            ) | |
| ) | |
| v.            ) | Civil Action No. 05-1883(RMU) |
| ) | |
| Paul Quander, Director,            ) | |
| Court Services and Offender Supervision            ) | |
|   Agency for the  District of Columbia, et al.,            ) | |
| ) | |
| Defendants.            ) | |
| _____ ) | |

ORDER

UPON CONSIDERATION of the Federal Defendant's Motion to Dismiss, the memorandum in support thereof, any opposition thereto, and the entire record herein, it is by the Court this _____ day of _____, 200__, hereby

ORDERED that the federal defendant's motion to dismiss is granted; and it is

FURTHER ORDERED that this suit against the federal defendant is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:
Conseula Jordan
2227 First Street, N.W.
Washington, D.C.  20001

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530